UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THOMAS F. MACKEY,

    Petitioner,

v.       CASE NO. 6:06-cv-1806-Orl-19KRS

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## ORDER

Petitioner's Request for a Certificate of Appealability[1] (Doc. No. 18, filed March 17, 2008) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this __20th__ day of March, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Petitioner's Notice of Appeal (Doc. No. 17, filed March 17, 2008) has been construed as requesting a certificate of appealability. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).

Copies to:
pslc 3/20
Counsel of Record
Thomas F. Mackey